FILED

APR 18 2011

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

GARRATT-CALLAHAN COMPANY,

               Plaintiff,

v.

GREG ITOH,

               Defendant.

10-CV-336-HU

JUDGMENT
OF DISMISSAL

The Revised Stipulated Injunction (#33) entered on July 20, 2010, expired on March 31, 2011, and no motion has been filed to initiate an extension. This action, therefore, is **DISMISSED**, **with prejudice**, and without costs or attorneys' fees to any party.

**IT IS SO ORDERED.**

DATED this 18th day of April, 2011.

ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL